UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAUREEN KRENZ, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>vs.<br><br>BLUE CROSS OF NORTHEASTERN PENNSYLVANIA, FIRST PRIORITY LIFE INSURANCE COMPANY, and HIGHMARK BLUESHIELD,<br><br>                Defendants. | Case No. 2:09-cv-02752<br><br>(Judge Anita B. Brody) |

**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO THE MOTIONS TO DISMISS AND TO TRANSFER FILED BY DEFENDANT HIGHMARK BLUESHIELD AND TO THE MOTION TO DISMISS FILED BY DEFENDANTS BLUE CROSS OF NORTHEASTERN PENNSYLVANIA AND FIRST PRIORITY LIFE INSURANCE COMPANY**

WHEREFORE, the Complaint in this action was filed by plaintiff Maureen Krenz ("Plaintiff") on June 18, 2009, against Defendants Blue Cross of Northeastern Pennsylvania ("Blue Cross"), First Priority Life Insurance Company ("First Priority") and Highmark Blue Shield ("Highmark");

WHEREFORE, by stipulation of the parties dated July 31, 2009, Defendants were each provided an additional thirty (30) days to answer or otherwise respond to the Complaint;

WHEREFORE, by stipulation of the Plaintiff and Defendants Blue Cross and First Priority dated September 1, 2009 and approval of the Court, Blue Cross and First Priority were provided an additional thirty (30) days to answer or otherwise respond to the Complaint;

WHEREFORE, by stipulation of the Plaintiff and Defendant Highmark dated September 2, 2009 and approval of the Court, Highmark was provided an additional thirty (30) days to answer or otherwise respond to the Complaint;

WHEREFORE, on October 2, 2009, Defendant Highmark filed a Motion to Dismiss and a Motion to Transfer, and Defendants Blue Cross and First Priority filed a Motion to Dismiss;

WHEREFORE, on October 8, 2009, Defendants Blue Cross and First Priority filed a Motion to Transfer;

WHEREFORE, the parties have agreed that additional time should be provided to Plaintiff to respond to each of the three Motions filed on October 2, 2009 and the Motion filed on October 8, 2009;

**IT IS HEREBY STIPULATED AND AGREED** pursuant to Local Rule 7.4(b)(1) and by and between Plaintiff, Blue Cross, First Priority and Highmark, subject to the approval of the Court, that Plaintiff's time to respond to the Motions is hereby extended to and including November 20, 2009; and that Defendants Blue Cross, First Priority and Highmark shall have a total of twenty-one (21) days from the filing of Plaintiff's opposition briefs to file any reply briefs, up to and including December 14, 2009.

Dated: October 8, 2009

| | |
|---|---|
| /s/ Shannon McClure<br>Shannon E. McClure<br>REED SMITH LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103<br>215.851.8226<br><br>Mary J. Hackett<br>Jeremy D. Feinstein<br>REED SMITH LLP<br>225 Fifth Avenue<br>Pittsburgh, PA 15222<br>412.288.3131<br><br>*Attorneys for Defendant Highmark Blue Shield*<br><br>/s/ George M. Gowen, III<br>Patrick J. O'Connor<br>George M. Gowen III<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA 19103<br><br>*Attorneys for Defendants Blue Cross of Northeastern Pennsylvania and First Priority Life Insurance Co.* | /s/ Jonathan Shub<br>Jonathan Shub<br>Scott Alan George<br>SEEGER WEISS LLP<br>1515 Market Street, Suite 1380<br>Philadelphia, PA 19102<br>215.564.2300<br><br>D. Brian Hufford<br>Robert J. Axelrod<br>Susan J. Weiswasser<br>POMERANTZ HAUDEK GROSSMAN & GROSS LLP<br>100 Park Avenue<br>New York, NY 10017<br><br>James E. Cecchi<br>Lindsey H. Taylor<br>CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN<br>5 Becker Farm Road<br>Roseland, NJ 07068<br><br>Paul M. Weiss<br>Jeffrey Leon<br>FREED & WEISS LLC<br>111 West Washington Street, Suite 1331<br>Chicago, IL 60602<br><br>*Attorneys for Plaintiff Maureen Krenz and the Putative Class* |

**APPROVED AND SO ORDERED:**

[signature]

_____
JUDGE ANITA BRODY

Date: 10/13/09

Copies via ECF on ___ To: Copies via US Mail on ___ To: