IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAUREEN KRENZ, *et al.*, individually and on behalf of others similarly situated, | Civil Action No. 2:09-CV-02752 |
| Plaintiff, | (Judge Anita B. Brody) |
| v. | |
| BLUE CROSS OF NORTHEASTERN PENNSYLVANIA, FIRST PRIORITY LIFE INSURANCE COMPANY, and HIGHMARK BLUESHIELD | |
| Defendants. | |

## STIPULATION OF DISMISSAL

Plaintiff Maureen Krenz, individually and on behalf of all others similarly situated, hereby stipulates that her claims asserted in this action are dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party hereby stipulates to bear its own fees and costs incurred in this action.

_____
D. Brian Hufford
Robert J. Axelrod
Susan J. Weiswasser
POMERANTZ, HAUDEK, BLOCK,
GROSSMAN & GROSS
100 Park Avenue
New York, NY 10017

_____
Patrick J. O'Connor
George M. Gowen III
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Defendants Blue Cross of Northeaster Pennsylvania and First Priority Life Insurance Co.*

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, NJ 07068


Jonathan Shub
Scott Alan George
SEEGER WEISS LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19102

Mary J. Hackett
Jeremy D. Feinstein
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, PA 15222
412.288.3131


Eric D. Freed
Paul M. Weiss
Jeffrey Leon
FREED & WEISS LLC
111 West Washington Street, Suite 1331
Chicago, Illinois 60602

Shannon E. McClure
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
215.851.8226

*Attorneys for Plaintiff Maureen Krenz and the Putative Class*

*Attorneys for Defendant Highmark Blue Shield*


Dated: November 6, 2009